**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00681-CV

**FRITZ MANAGEMENT, LLC, Appellant**

**V.**

**HUGE AMERICAN REAL ESTATE, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00657-D**

## ORDER

Appellant's motion for extension of time to file motion for rehearing is **GRANTED**, and

the time for appellant to file its motion for rehearing is **EXTENDED** to August 14, 2015.

/s/     LANA MYERS
        JUSTICE